916

No. 448. Petermichl v. Chicago & Northwestern Railway Co. C. A. 7th Cir. Certiorari denied. *Louis G. Davidson* and *Louis P. Miller* for petitioner. *Otis Lowell Hastings* and *Drennan J. Slater* for respondent.

No. 105, Misc. Vascovich v. Skeen, Warden. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 182, Misc. Sanders et al. v. Glenshaw Glass Co., Inc. C. A. 3d Cir. Certiorari denied.

No. 217, Misc. Lang v. McGee, Director of Corrections, et al. Supreme Court of California. Certiorari denied.

No. 218, Misc. Bishop v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 232, Misc. Vola v. Illinois. Supreme Court of Illinois. Certiorari denied.

Nos. 237, Misc., and 245, Misc. Stewart v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 259, Misc. Cervantes v. Bergan, Warden. Supreme Court of Illinois. Certiorari denied.

No. 239, Misc. Chessman v. California et al. C. A. 9th Cir. Certiorari denied. The Chief Justice took no part in the consideration or decision of this application.